# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES, ex. rel. SHARON MCKINNEY, | |
| Plaintiffs/Relator, | CIVIL ACTION NO. 3:11-CV-00146-RDM |
| v. | |
| DHS TECHNOLOGIES, LLC, DHS SYSTEMS, LLC, A. JON PRUSMACK, IRVING COHEN, NELSON WEINSTEIN, SAM MARRONE, JEFF JACKSON, and JOHN BOHRMAN, | (Judge Mariani) |
| Defendants. | |

## **STIPULATION OF DISMISSAL**

Plaintiff Sharon McKinney ("Plaintiff") and Defendants DHS Technologies LLC, DHS Systems LLC, A. Jon Prusmack, Irving Cohen, Nelson Weinstein, Sam Marrone, and John Bohrman ("Defendants"), by and through their respective counsel, hereby stipulate to the dismissal of the Plaintiff's Complaint herein, with the dismissal being with prejudice as to Plaintiff and without prejudice as to the United States, except that the dismissal shall be with prejudice as to the United States concerning that part of Plaintiff's Complaint as to which the United States intervened in this action through its July 11, 2014 Notice of Election to Intervene in Part and Decline to Intervene in Part (Docket No. 47).

763738.1

The United States, by and through its undersigned counsel, hereby consents to this Stipulation of Dismissal pursuant to 31 U.S.C. § 3730(b)(1), provided that the dismissal is without prejudice as to the United States except as provided above.

Respectfully submitted,

ROSENN, JENKINS AND GREENWALD, LLP

BY: /S/JAMES C. OSCHAL, ESQUIRE
(w/permission)
JAMES C. OSCHAL, ESQUIRE
Attorney I.D. No. PA 53846
joschal@rjglaw.com
THOMAS J. CAMPENNI, ESQUIRE
ATTORNEY I.D. PA 87809
tcampenni@rjglaw.com
15 South Franklin Street
Wilkes-Barre, PA 18711-0075
570-826-5621 – telephone
570-706-3415 – fax

SIDLEY AUSTIN, LLP

BY: ROBERT J. CONLAN, ESQUIRE
ROBERT J. CONLAN, ESQUIRE
rconlan@sidley.com
HOWARD J. STANISLAWSKI, ESQUIRE
hstanislawski@sidley.com
1501 K Street, N.W.
Washington, DC 20005
202-736-8000 – telephone
202-736-8711 – fax

Attorneys for Defendants,
DHS TECHNOLOGIES, LLC,
A. JON PRUSMACK, IRVING COHEN,
  NELSON WEINSTEIN, SAM
  MARRONE, and JOHN BOHRMAN

763738.1

BEGELMAN, ORLOW & MELLETZ

    BY:   /S/ REGINA D. POSERINA, ESQUIRE
    (w/permission)
    REGINA D. POSERINA, ESQUIRE
    regina.poserina@begelmanorlow.com
    411 Route 70 East, Suite 245
    Cherry Hill, NJ 08034
    (856) 428-6020 – telephone
    (856) 428-5485

    Attorney for Relator,
    SHARON McKINNEY

UNITED STATES OF AMERICA
BRUCE D. BRANDLER
UNITED STATES ATTORNEY

BY:   /S/TIMOTHY S. JUDGE
      (w/permission)
      Assistant United States Attorney
      Middle District of Pennsylvania


Dated: December 13, 2016

## CERTIFICATE OF SERVICE

I, Robert J. Conlan, hereby certify that, on this 13th day of December 2016, I caused a copy of the foregoing Stipulation of Dismissal to be served by ECF on all counsel of record.

/s/ Robert J. Conlan

Robert J. Conlan

763738.1